# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10084

_____

RANI BOLTON,
ALISON MERCKER,
JAMES ARMSTRONG,
BENJAMIN LYMAN,
individually and as representatives of a class of
participants and beneficiaries on behalf of the
Inland Fresh Seafood Corporation of America, Inc.
Employee Stock Ownership Plan,
MELISSA SUTER,

                                                        Plaintiffs-Appellants,

*versus*

INLAND FRESH SEAFOOD CORPORATION OF AMERICA, INC.,
JOEL KNOX,
BILL DEMMOND,
CHRIS ROSENBERGER,

2                  Order of the Court                  24-10084

LES SCHNEIDER, et al.,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-04602-LMM

_____

Before WILLIAM PRYOR, Chief Judge, WILSON, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, BRASHER, and ABUDU, Circuit Judges.

    No Judge in regular active service on the Court having requested that the Court be polled on hearing en banc, the Petition for Hearing En Banc is DENIED. See FRAP 35.